IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVRAHAM SISSO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>Defendants. | Civil Action No. 1:05-cv-394 (JDB) |

## AFFIDAVIT OF SERVICE

1. I am an attorney with the law firm of Covington & Burling, counsel of record for Plaintiffs in the above-captioned action.

2. I certify that I received a true and correct copy of the executed service of the complaint and summons in the above-referenced matter on Sheik Hassan Yousef on behalf of Harakat al-Muqawa al-Islamiyya (a/k/a "Islamic Resistance Movement" or HAMAS) ("Exhibit A"). Service was executed pursuant to Fed. R. Civ. P. 4(f)(1), in accordance with article 5(a) of the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents.

3. Attached hereto and incorporated by reference is a true and correct copy of an English translation of documents originally in Hebrew evidencing that service of the complaint and summons was executed on Sheik Hassan Yousef, representative of HAMAS ("Exhibit B").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 22, 2005

_____
KARIN L. KIZER
D.C. Bar # 469057