**EXHIBIT B**
**Sisso, et al. v. Islamic Republic of Iran, et al.**
**Case No. 1:05-cv-00394-JDB**



**Targem Translations**

143 RODNEY STREET
BROOKLYN, N.Y. 11211
TEL. (718) 384-8040
FAX: (718) 388-3516

# CERTIFICATE OF ACCURACY

ON THIS DAY, PERSONALLY APPEARED BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF NEW YORK, COUNTY OF KINGS, LESTER (ELIEZER) FREEMAN WHO AFTER HAVING DULY AFFIRMED, DEPOSES AND SAYS THAT HE IS A TRANSLATOR OF THE Hebrew AND ENGLISH LANGUAGES; THAT HE CAREFULLY PREPARED THE ATTACHED ENGLISH TRANSLATION OF THE ATTACHED DOCUMENTS WRITTEN IN THE Hebrew LANGUAGE; AND THAT THE TRANSLATION IS A TRUE AND CORRECT RENDERING OF SUCH DOCUMENT AND THE WHOLE THEREOF. DESCRIBED AND AFFIRMED TO BEFORE ME THIS December 21, 2005

SIGNATURE OF TRANSLATOR

SIGNATURE OF NOTARY

SOLOMON ITZKOWITZ
NOTARY PUBLIC, State of New York
No. 01IT4795441
Qualified in Kings County
Commission Expires July 30, 2006

PROFESSIONAL
TRANSLATIONS
OF FOREIGN
LANGUAGES

## State of Israel

**Ministry of Justice**
**In-charge of Legal Aid**          1-235/05

**To:**   Anat Agami, Assistant for Foreign States          **Date:** 1 November, 2005
Courts Administration                                          29 Tishrei, 5766
                                                              Delivery No.  10805
                                                 **Reference:**

Re: **Delivery/ies to resident(s) of the Palestinian Council**
Reference: cv00394 1:05

1. Attached and returned to you is/are acknowledgement(s) of delivery  to
   addressee(s) residing in the Palestinian council.

2. The delivery/ies was/were **executed**.

3. For your information.

Sincerely,
[Signed>] Rinat Cohen for
Jean-Claude Nidam, Advocate
In-charge of Legal Aid

[Stamp] Ministry of
Justice
[COAT OF  ARMS
OF ISRAEL]
In-Charge of Legal
Aid

*Mark Feldman*
*Covington Burling*
*1201 Pensilvenze Ave.*
*NW Washington D.C.*
*20004*
*U.S.A.*

---

**29 Salah ed Din [Saladin] St. Jerusalem 91010 Telephone: 02-5693925 FAX: 02-6222899**

TOTAL P.01

[COAT OF ARMS OF ISRAEL]
Return of Acknowledgment of
Delivery to
Ministry of Justice
In-charge of Legal aid
29 Salah ed Din [Saladin] St.,
Jerusalem

Israel
09.80
delivered

Jerusalem
[illegible]

Via the Ministry of Justice.
In-charge of Legal Aid
29 Salah ed Din [Saladin] St.
P.O.B. 1087 Jerusalem 91010

*1087[illegible]*

File number  CV00394
Before the honorable judge

[illegible] Al Beira

Write

Set for date [illegible writing in Arabic]

[BAR CODE]
RA147233527 IL

To: [Hebrew] Sheik Hassan Yusef [Arabic] c/o Sheik Hassan Yousef
Address: [Hebrew] Ramallah [Arabic] Ramallah West Bank

Visit (1) I _____ declare that on the date of _____ at the time _____
          The postal employee              year month day              time

Visit (2) I _____ declare that on the date of _____ at the time _____
          The postal employee              year month day              time

Visit (3) I _____ declare that on the date of _____ at the time _____
          The postal employee              year month day              time

I visited the above-mentioned address and nobody was home. □

I visited the above-mentioned address and nobody was home. □

I visited the above-mentioned address and nobody was home. □

□ I handed the letter over to him.
□ I handed the writ over to an authorized representative of the addressee.
□ In his absence I handed the writ over to [illegible signature] who is a
   relative who resides with him and appears to be over the age of eighteen.
□ Since no one was home on the third visit, I stuck the writ on the door of his apartment.

If the letter was not delivered indicate the reason in the appropriate box:
□ He moved to an unknown address
□ Incorrect address.    □ Not claimed.
□ Refused to receive.
□ Addressee unknown at indicated address.
□ Other reason. _____

[stamp]
**Jerusalem District Court**
08.07 [illegible]

[Stamp]
06.01.2005

_____    _____    _____    _____    _____    _____
Signature of receiver   Postal Authority signature   Name of letter carrier (deliverer)   Date   Name of letter carrier   Signature of letter carrier

# *State of Israel*
## *Courts Administration*

Jerusalem
22 Nissan 5765
May 01, 2005

To
Advocate Jean-Claude Nidam
In-charge of Legal Aid
Ministry of Justice
Division of Legal Assistance to Foreign States
235/05
29 Salah ed Din [Saladin] St.
Jerusalem

File: 1-

Dear Sir,

Re: Service of documents in accordance with the Hague Convention, 1965

1. Enclosed is material which was received from the foreign judicial authority destined for Mr. Sheik Hassan Yousef.

2. Since we are referring to a resident who lives in Ramallah which is in the territory of the Palestinian Authority, I hereby forward the material.

3. The delivery arrived in duplicate. I am submitting one copy to you and the second one remains in our office. In case you need the other copy as well, please inform me and I will send it to you.

4. I am forwarding this to you for handling.

Sincerely,

Anat Agami

Legal Assistance to Foreign States.

---

**22 Kanfei Nesharim St, Jerusalem 95464**
**Tel: (02) 6556847 FAX: (02) 6556846**