IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVRAHAM SISSO, et al. <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, et al. <br><br> Defendants. | Civil Action No.  1:05-cv-394 (JDB) |

## AFFIDAVIT OF SERVICE

1.  I am an attorney with the law firm of Covington & Burling, counsel of record for Plaintiffs in the above-captioned action.

2.  I certify that I received a true and correct copy of the executed service of the complaint and summons in the above-referenced matter on Sheik Hassan Yousef on behalf of Harakat al-Muqawa al-Islamiyya (a/k/a "Islamic Resistance Movement" or HAMAS) ("Exhibit A").  Service was executed pursuant to Fed. R. Civ. P. 4(f)(1), in accordance with article 5(a) of the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents.  According to Exhibit A, service was executed on August 7, 2005.

3.  Attached hereto and incorporated by reference is a true and correct copy of an English translation of documents originally in Hebrew evidencing that service of the complaint and summons was executed on Sheik Hassan Yousef, representative of HAMAS ("Exhibit B").

4.  I certify that I received a true and correct copy of an email dated January 12, 2006, from the Directorate of Israeli Courts, confirming that service was effected on HAMAS in August 2005.  Attached hereto is a copy of the email communication ("Exhibit C").

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

DATED:  March 24, 2006

_____
KARIN L. KIZER
D.C. Bar # 469057