**SENDER:** 05-394 JDB
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

U.S. Department of State
Bureau of Consular Affairs
2100 Pennsylvania Avenue, NW,
4th Floor
Washington, DC 20520

7002 0860 0000 7866 8561

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery: 11-8-05

5. Received By: *(Print Name)*

6. Signature: *(Addressee or Agent)*
X [signature]

8. Addressee's Address *(Only if requested and fee is paid)*

PS Form **3811**, December 1994          102595-98-B-0229   Domestic Return Receipt