UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVRAHAM SISSO, ET AL.,<br><br>    Plaintiffs,<br><br>        v.<br><br>ISLAMIC REPUBLIC OF IRAN, ET AL.,<br><br>    Defendants. | Civil Action No.  05-394 (JDB) |

### ORDER

Upon consideration of [10] plaintiffs' motion for entry of default and the entire record, and for the reasons stated in the memorandum opinion issued herewith, it is this 23rd day of August, 2006, hereby

**ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that the Clerk of the Court shall enter defaults against defendants the Islamic Republic of Iran and the Iranian Ministry of Information and Security, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, as to Count One of the Amended Complaint; it is further

**ORDERED** that the Clerk of the Court shall enter default against defendant Harakat al-Muqawama al-Islamiyya ("Hamas"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, as to Count Two of the Amended Complaint; it is further

**ORDERED** that Counts Three and Four of the Amended Complaint are **DISMISSED** without prejudice in light of [17] plaintiffs' notice of voluntary dismissal; it is further

**ORDERED** that Count Five of the Amended Complaint is **DISMISSED** without

prejudice for failure to state a claim upon which relief may be granted; and it is further

**ORDERED** that plaintiffs shall appear for a status conference with the Court at 9:00 a.m. on September 18, 2006.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

Damara L. Griffith
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC  20004
Email: dgriffith@cov.com

Alan Vinegrad
COVINGTON & BURLING
1300 Avenue of the Americas
New York, NY  10019

*Counsel for plaintiffs*