UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AVRAHAM SISSO, et al.,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

Defendants.

Civil Action No. 05-0394 (JDB)

## ORDER & JUDGMENT

Plaintiff filed this action against defendants Islamic Republic of Iran, Iranian Ministry of Information and Security ("MOIS"), and Harakat al-Muqawama al-Islamiyya ("Hamas"), on February 24, 2005. Default was entered as to all three defendants on August 23, 2006, and an evidentiary hearing was held on December 7, 2006. Upon consideration of the entire record, and for the reasons stated in the memorandum opinion filed on this same day, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that final judgment by default is **ENTERED** against Iran and MOIS, jointly and severally, in the amount of $5 million; it is further

**ORDERED, ADJUDGED, AND DECREED** that final judgment by default is **ENTERED** against Hamas in the amount of $15 million; and it is further

**ORDERED** that plaintiff's counsel shall submit an application for attorney's fees and costs by not later than September 5, 2007.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: __July 5, 2007__